NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES CUMMINGS, DOC# Y09068,                )
                                             )
      Appellant,                           )
                                             )
v.                                           )    Case No. 2D17-3246
                                             )
STATE OF FLORIDA,                            )
                                             )
      Appellee.                            )
_____)

Opinion filed April 25, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County; Bruce Kyle, Judge.

James Cummings, pro se.


PER CURIAM.

      Affirmed.


SILBERMAN, LUCAS, and SALARIO, JJ., Concur.